Michael D. Mortenson, State Bar No. 247758
   mmortenson@mortensontaggart.com
Charles F. Harlow, State Bar No. 200702
   charlow@mortensontaggart.com
**MORTENSON TAGGART ADAMS LLP**
Two Walnut Creek Center
200 Pringle Avenue, Suite 450
Walnut Creek, CA 94596
Telephone: (925) 771-3143
Facsimile: (925) 664-0357
Nissane-service@mortensontaggart.com

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO VELAZQUEZ, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>    Defendants. | CASE NO. 2:24-cv-06821-JFW-JPRx<br>District Court Judge:<br>*Hon. Judge John F. Walter*<br><br>Magistrate Judge<br>*Magistrate Judge Jean P. Rosenblut*<br><br>**JUDGMENT RE OFFER OF JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68**<br><br>Action Filed: August 16, 2023<br>Trial Date: June 11, 2025 |

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff EDUARDO VELAZQUEZ ("Plaintiff") accepted Defendant Nissan North America, Inc.'s ("Nissan") Offer of Judgment to Fed. R. Civ. P. 68.

1. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $77,122.41 (Seventy-Seven Thousand One Hundred Twenty-Two Dollars and Forty-One Cents) pursuant to the terms of the Rule 68 Offer.

2. Plaintiff shall reserve the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Code of Civil Procedure Section 1794(d). Any such motion shall be filed no later than 14 days after entry of judgment. In ruling on Plaintiff's fee/cost motion(s), the attorneys' fees, expenses, and costs amount shall be calculated as if Plaintiff was found to have prevailed in this action under section 1794(d) of the California Code of Civil Procedure as of the date of this offer of judgment. Nissan expressly reserves all defenses to Plaintiff's fee/costs motion(s) and any award thereon. Nissan will pay the amounts determined by the Court within 30 days after entry of the award unless either party has filed a notice of appeal.

3. Plaintiff will deliver the Subject Vehicle to Nissan on a date, time, and place mutually agreeable to the parties and no later than 180 days after Plaintiff's counsel has accepted Nissan's offer.

DATED: May 23, 2025

HONORABLE JOHN F. WALTER
JUDGE, U.S. DISTRICT COURT